# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 23-62265-JWC  
**Case Name:** PEERLESSLOGISTICS SYSTEM ATLANTA LLC  

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 12/11/2023 (f)  
**§ 341(a) Meeting Date:** 01/16/2024  

**For Period Ending:** 06/30/2024  

**Claims Bar Date:** 04/17/2024  

| 1<br>Ref. # | Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | No scheduled or known assets at this time | Unknown | Unknown | | 0.00 | Unknown |
| 1 | **Assets Totals** (Excluding unknown values) | **$0.00** | **$0.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

1/17/2024 - Declared as an asset case and requested claims bar date be set. No scheduled or known assets. Trustee is administering related cases, Clarendon Three LLC (23-62267) and Daidrie Graham (23-62269) and will administer this estate if assets are discovered.

4/17/24 - Claim bar date. Only $2,93.93 in filed unsecured claims.

**Initial Projected Date Of Final Report (TFR):** 12/31/2026  
**Current Projected Date Of Final Report (TFR):** 12/31/2026